UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL SANDOVAL, an individual; ATIGEO LLC, a Washington limited liability company formerly known as AziMyth LLC; and XPATTERNS LLC, a Washington limited liability company,

    Plaintiffs,

v.

MICHAEL J. FLYNN and MICHAEL J. FLYNN, JR.,

    Defendants.

CASE NO. C09-0121-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Michael Flynn's Motion to Shorten Time for Plaintiffs to Respond to Motion to Enlarge Time (Dkt. No. 4). Pursuant to the Local Rules of this district, motions to shorten time have been abolished. *See* Local Rules W.D. Wash. CR 6(e). Accordingly, the Court hereby STRIKES the motion at Dkt. No. 4. Flynn's Motion to Enlarge Time to Respond to Complaint notes for the Court's consideration on Friday, April 3, 2009, pursuant to Local Rule CR 7(d)(2)(A).

DATED this 26th day of March, 2009.

BRUCE RIFKIN, Clerk of Court

By  */s/ V. Perez*
      Deputy Clerk

MINUTE ORDER – 1