# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MICHAEL SANDOVAL, an individual; ATIGEO LLC, a Washington limited liability company formerly known as AziMyth LLC; and XPATTERNS LLC, a Washington limited liability company,

    Plaintiffs,

v.

MICHAEL J. FLYNN and MICHAEL J. FLYNN, JR.,

    Defendants.

CASE NO. C09-0121-JCC

ORDER

This matter comes before the Court on the parties' Joint Stipulation for Extension of Time to File Responsive Pleading (Dkt. No. 9). Having carefully considered the stipulation, the Court hereby APPROVES the stipulation and ORDERS that Defendant shall file his responsive pleading or motion on or before May 11, 2009. Defendant's request to withdraw his Motion to Enlarge Time (Dkt. No. 6) is GRANTED.

DATED this 1st day of April, 2009.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER – 1